**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Oliver HILSENRATH, Defendant—
Appellant.**

**No. 08–10303.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Laurel Beeler, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Oliver Hilsenrath, Washington, DC, pro se.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

**MEMORANDUM ***

Oliver Hilsenrath appeals pro se from the district court's order denying his motion to modify the conditions of his probation. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Hilsenrath contends that the district court erred by denying his motion to modify the condition of probation which requires him to provide a DNA sample because it violates his rights under the Religious Freedom Restoration Act of 1993. This contention fails because Hilsenrath is not permitted to use such a motion as a backdoor challenge to the legality of the condition. *See United States v. Gross,* 307 F.3d 1043, 1044 (9th Cir. 2002).

Because we affirm on another basis, we decline to address the government's contention that this appeal is barred by a valid appeal waiver.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.